Argued August 24, reversed and remanded September 19, reconsideration denied October 26, 1977, petition for review pending

STATE OF OREGON, *Appellant,*

*v.*

GARY LEE FONDREN, *Respondent.*

(No. 20990, CA 7504)

568 P2d 721

John W. Burgess, Assistant Attorney General, Salem, argued the cause for appellant. With him on the briefs were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

J. P. Graff, Eugene, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

[ 1045 ]

## PER CURIAM.

The state appeals from an order suppressing contraband—marihuana and peyote—seized from the defendant's automobile. As the trial judge found, the police had probable cause to think that defendant's automobile contained the contraband. The police, without a warrant, seized the automobile which was on the parking lot maintained by defendant's employer for employes, and had it towed to the police garage. The police thereafter obtained a search warrant.

The trial judge held that in addition to probable cause, exigent circumstances to seize or search an operable automobile must exist before such can be done without a warrant. This was error. *See State v. Greene,* 30 Or App 1019, 568 P2d 716 (1977).

Reversed and remanded.